THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-220-D

| | |
|---|---|
| CANDIS FLOYD, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| NATIVE ANGELS HOME CARE AGENCY, INC., BOBBIE JACOBS-GHAFFAR, and LESA JACOBS, | ) ) ) ) |
| Defendants | ) ) |

## UNOPPOSED MOTION TO APPROVE SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Candis Floyd, who hereby moves the Court to approve the Settlement Agreement entered into by the Parties for the reasons more fully assigned in the attached Memorandum of Authorities. Undersigned counsel hereby certifies that counsel for Defendants does not oppose this motion.

Respectfully submitted:

By: /s/ Scott E. Brady
Philip Bohrer (admitted pro hac vice)
phil@bohrerbrady.com
Scott E. Brady admitted pro hac vice)
scott@bohrerbrady.com
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

By: /s/ Brian L. Kinsley
Brian L. Kinsley (N.C. Bar Roll No. 38683)
CRUMLEY ROBERTS, LLP
2400 Freeman Mill Road, Suite 200
Greensboro, NC 27406
Telephone: 336-333-9899
Facsimile: 336-333-9894
blkinsley@crumleyroberts.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

/s/ *Scott E. Brady*