THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-220-D

| | |
|---|---|
| CANDIS FLOYD, individually and on behalf of others similarly situated, | )<br>)<br>) |
| Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| NATIVE ANGELS HOME CARE AGENCY, INC., BOBBIE JACOBS-GHAFFAR, and LESA JACOBS, | )<br>)<br>)<br>) |
| Defendants | )<br>) |

Premises considered:

IT IS HEREBY ORDERED that Exhibits "B" and "D" to the Settlement Agreement be sealed permanently from public access only, with CM/ECF access permitted to the litigants' counsel.

SO ORDERED this 4 day of May 2021.

_____
JAMES C. DEVER III
United States District Judge