THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-220-D

CANDIS FLOYD, individually and on behalf )
of others similarly situated, )
)
Plaintiff )
)
v. )
)
NATIVE ANGELS HOME CARE AGENCY, )
INC., BOBBIE JACOBS-GHAFFAR, and )
LESA JACOBS, )
)
Defendants )

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT**

AND NOW, this 4 day of May, 2021, having considered Plaintiffs' Unopposed Motion to Approve Settlement, the Court ORDERS as follows:

1. The Court approves the Parties' Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

2. The Court approves a Service Award of $5,00.00 to Named Plaintiff Candis Floyd for her efforts in bringing and prosecuting this matter.

3. The Court approves Plaintiff Counsel's attorneys' fees in the amount of $26,985.86, and reimbursement of Plaintiff Counsel's out-of-pocket costs in the amount of $787.04.

4. The Court approves the Net Settlement Amounts and Payment Schedule, attached as Exhibit "B" and "C" to the Settlement Agreement respectively.

5. The consent forms on behalf of the Non-Settling Opt-In Plaintiffs, identified in Exhibit "C" of the Settlement Agreement, are withdrawn *without prejudice*.

6. Plaintiff shall file a Stipulation of Dismissal with prejudice of this action in its entirety within thirty (30) of the final payment as set forth in Exhibit "D" of the Settlement Agreement.

7. The Court hereby enters final judgment in this case and there being no reason to delay entry of this final judgment, the Clerk of the Court is ordered to enter this final judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. The Court retains jurisdiction over the action only to the extent necessary to oversee and enforce the terms of the settlement.

SO ORDERED. This __4__ day of May 2021.

*Dever*
JAMES C. DEVER III
United States District Judge